UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TWIN PINES MINERALS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; CHRISTINE E. WORMUTH, Secretary of the Army; MICHAEL L. CONNOR, Assistant Secretary of the Army (Civil Works); LTG. SCOTT A. SPELLMON, Chief of Engineers; BG. JASON E. KELLY, Commander, South Atlantic Division; COL. JOSEPH R. GEARY, Commander, Savannah District,<br><br>    *Defendants*. | Civil Action No: 5:22-cv-00036-LGW-BWC |

## CERTIFICEATE OF SERVICE

I hereby certify that on July 7, 2022, I transmitted the following documents by U.S. Mail to the individuals and agencies identified on the attached Service List:

- ECF 10, Summons Returned Executed by Twin Pines Minerals, LLC. Michael L. Connor
- ECF 11, Summons Returned Executed by Twin Pines Minerals, LLC. Scott A. Spellmon
- ECF 12, Summons Returned Executed by Twin Pines Minerals, LLC. Joseph R. Geary
- ECF 13, Summons Returned Executed by Twin Pines Minerals, LLC. Jason E. Kelly
- ECF 14, Summons Returned Executed by Twin Pines Minerals, LLC. Christine E. Wormuth
- ECF 15, Summons Returned Executed by Twin Pines Minerals, LLC. U.S. Army Corps of Engineers
- ECF 16, Affidavit of Service for Summons and Complaint served on United States Attorney General
- ECF 17, Affidavit of Service for Summons and Complaint served on United States Attorney for the Southern District of Georgia c/o Civil Process Clerk

Respectfully submitted this 8th day of July, 2022,

| JONES FORTUNA LP | GILBERT HARRELL SUMERFORD & MARTIN, P.C. |
|---|---|
| */s/ John L. Fortuna* | |
| Lewis B. Jones* | */s/ Mark D. Johnson* |
| Georgia Bar No. 402498 | Mark D. Johnson |
| John L. Fortuna* | Georgia Bar No. 395041 |
| Georgia Bar No. 435149 | |
| *Admitted pro hac vice* | 777 Gloucester Street, Suite 200 |
| | Post Office Box 190 |
| 111 New Street, Suite A | Brunswick, Georgia 31520 |
| Decatur, GA 30030 | (912) 265-6700 |
| (404) 850-6138 | mjohnson@ghsmlaw.com |
| ljones@jonesfortuna.com | |
| jfortuna@jonesfortuna.com | |

*Counsel for Twin Pines Minerals, LLC*

**Service List**

Hon. Christine E. Wormuth
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

Hon. Michael L. Connor
Assistant Secretary of the Army (CW)
108 Army Pentagon
Washington, DC 20310-0108

Hon. Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

Lt. Gen. Scott A. Spellmon
Chief of Engineers
441 G Street NW
Washington, DC 20314-1000

Civil Process Clerk
Office of the United States Attorney
　for the Southern District of Georgia
22 Barnard Street, Suite 300
Savannah, Georgia 31401

Col. Joseph R. Geary
Commander
USACE Savannah District
100 W Oglethorpe Ave
Savannah, GA 31401-3604

Brig. Gen. Jason E. Kelly
Division Commander
USACE, South Atlantic Division
60 Forsyth Street, S.W.
Atlanta, GA 30303-8801

　　　　　*/s/ John L. Fortuna*
　　　　　Counsel for Twin Pines Minerals, LLC