UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TWIN PINES MINERALS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:22-cv-36-LGW-BWC |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) |
| Defendants. | ) |

**SECOND CONSENT MOTION FOR CLERK'S EXTENSION OF TIME TO RESPOND TO MOTION FOR A PRELIMINARY INJUNCTION**

Defendants move, with plaintiff's consent, for an additional extension of time to respond to plaintiff's motion for a preliminary injunction. The Clerk may grant this consent motion because the extension presently sought is seven (7) days and, together with the previous extension, does not exceed a total of 14 days. *See* LCvR 6.1 (Clerk may grant consensual extensions for an aggregate time not to exceed 14 days). Defendants' response to plaintiff's motion is presently due August 1, 2022. *See* Clerk's Order dated July 21, 2022 (ECF No. 21). If this consent motion is granted, defendants' response would be due on **August 8, 2022**.

Dated: July 26, 2022

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
United States Department of Justice
Environment & Natural Resources Division

/s/ Andrew J. Doyle
Trial Attorney
Florida Bar No. 84948

DC Bar No. 1022023
San Francisco Field Office
450 Golden Gate Avenue, Room 7-6714
San Francisco, CA 94102
Telephone: (415) 744-6469
andrew.doyle@usdoj.gov

DAVID H. ESTES
UNITED STATES ATTORNEY
Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
bradford.patrick@usdoj.gov

*Attorneys for Defendants*