# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| TWIN PINES MINERALS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; CHRISTINE E. WORMUTH, Secretary of the Army; MICHAEL L. CONNOR, Assistant Secretary of the Army (Civil Works); LTG. SCOTT A. SPELLMON, Chief of Engineers; BG. JASON E. KELLY, Commander, South Atlantic Division; COL. JOSEPH R. GEARY, Commander, Savannah District,<br><br>    *Defendants*. | Civil Action No: 5:22-cv-00036-LGW-BWC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Twin Pines Minerals LLC hereby notifies the Court that it has entered into an out-of-court Settlement Agreement with Defendants. Because Twin Pines has no further need for judicial relief, Plaintiff voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with each side to bear their own attorneys' fees and costs.

Respectfully submitted this 22nd day of August, 2022,

| | |
|---|---|
| JONES FORTUNA LP | GILBERT HARRELL SUMERFORD & MARTIN, P.C. |
| <u>/s/ John L. Fortuna</u><br>Lewis B. Jones*<br> Georgia Bar No. 402498<br>John L. Fortuna*<br> Georgia Bar No. 435149<br>**Admitted pro hac vice*<br><br>111 New Street, Suite A<br>Decatur, GA 30030<br>(404) 850-6138<br>ljones@jonesfortuna.com<br>jfortuna@jonesfortuna.com | <u>*/s/ Mark D. Johnson*</u><br>Mark D. Johnson<br> Georgia Bar No. 395041<br><br>777 Gloucester Street, Suite 200<br>Post Office Box 190<br>Brunswick, Georgia 31520<br>(912) 265-6700<br>mjohnson@ghsmlaw.com |

*Counsel for Twin Pines Minerals, LLC*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing Notice of Voluntary Dismissal with Clerk of Court using the Court's CM/ECF system, which will provide notice to all registered users.

>   */s/ John L. Fortuna*
>   Counsel for Twin Pines Minerals, LLC