# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

TWIN PINES MINERALS, LLC,

     Plaintiff,

v.                                                    CV 522-036

U.S. ARMY CORPS OF ENGINEERS,
et al.,

     Defendants.

## ORDER

Before the Court is Plaintiff Twin Pines Minerals, LLC's Notice of Voluntary Dismissal, dkt. no. 28, wherein it notifies the Court that it has reached a settlement with Defendants and wishes to dismiss all claims asserted in this action. The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). However, Plaintiff does not specify whether it wishes to dismiss this action with or without prejudice. See Dkt. No. 28. According to Rule 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The

status conference scheduled for October 3, 2022 is cancelled,
and the Clerk is **DIRECTED** to close this case.

      **SO ORDERED**, this ___ day of September, 2022.

 

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA